# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

## MOTION HEARING

| | |
|---|---|
| David Elgersma, | **COURT MINUTES** |
| Plaintiff(s), | BEFORE: Kate Menendez |
| v. | U.S. District Judge |
| City of St. Paul, et al., | |
| Defendant(s). | |

| | |
|---|---|
| Case No: | 21-cv-1792 |
| Date: | October 3, 2022 |
| Location: | Courtroom 3A |
| Courthouse: | Saint Paul |
| Court Reporter: | Erin Drost |
| Time Commenced: | 10:15 AM |
| Time Concluded: | 11:00 AM |
| Time in Court: | 45 minutes |
| Hearing Type: | Motion |

**APPEARANCES:**

For Plaintiff:   Timothy M. Phillips

For Defendant:   Anthony G. Edwards

**HEARING ON:**

Plaintiff's Motion for Partial Summary Judgment [ECF 17]; Defendant's Motion for Summary Judgment [ECF No. 25].

**PROCEEDINGS:**

The Court held a hearing on Plaintiff's Motion for Partial Summary Judgment and Defendant's Motion for Summary Judgment. The matter was taken under advisement with an order to follow.

*s/* JCM
_____
Signature of Law Clerk

1