


# SAINT PAUL POLICE DEPARTMENT
# INTERNAL AFFAIRS UNIT

## Officer Complaint Summary Report (Private Data)

### Complaint Summary for: LYNETTE MARIE CHERRY

| | |
|---|---|
| Name: | **Sergeant Lynette M. Cherry (BURGLARY)** |
| Employee Number: | **113500** |

### Complaint(s) for selected time period [01/01/1900 to 05/06/2022]

| | | | | | |
|---|---|---|---|---|---|
| IA Number: | **00-0122** | Case Number: | | Case Status: | **Completed** |
| Complaint Type: | **Internal** | Incident Date: | **12/04/1999** | Complainant: | **Sr. Commander Daniel Carlson** |
| Assigned Date: | | | | | |
| Summary: | Preventable accident | | | | |

#### Allegations

| Allegation | Final Disposition | Date | Discipline? | Comments |
|---|---|---|---|---|
| Improper Procedure | Sustained | 10/20/2011 | Oral Reprimand | |

| | | | | | |
|---|---|---|---|---|---|
| IA Number: | **02-0709** | Case Number: | **02-106867** | Case Status: | **Completed** |
| Complaint Type: | **External** | Incident Date: | **05/29/2002** | Complainant: | **Schwieger, Jonathan** |
| Assigned Date: | **06/25/2002** | | | | |
| Summary: | Complainant stated there are mistakes on the Traffic Accident report that he was involved in. He stated he was improperly issued a citation and the citation was dismissed in court. He stated the diagram is incorrect on the report and the paramedics were not called when he complained he did not feel well. | | | | |

#### Allegations

| Allegation | Final Disposition | Date | Discipline? | Comments |
|---|---|---|---|---|
| Improper Procedure | Unfounded | | None | |

| | | | | | |
|---|---|---|---|---|---|
| IA Number: | **03-1010** | Case Number: | **03-107494** | Case Status: | **Completed** |
| Complaint Type: | **External** | Incident Date: | **05/17/2003** | Complainant: | **Deatherage, Lynn** |
| Assigned Date: | **08/18/2003** | | | | |
| Summary: | Comp alleges that because police did not take a domestic assault report from her on the date she called, the city attorney's office has declined to charge the case. She got the report written on the 30th by a desk officer. Comp also states that she wants officers to quit thinking she's a pathological liar. All the Western District officers do, except for 5. | | | | |

#### Allegations

| Allegation | Final Disposition | Date | Discipline? | Comments |
|---|---|---|---|---|
| Improper Procedure | Unfounded | | None | |
| Poor Public Relations | Unfounded | | None | |

CONFIDENTIAL

STP 00359



# SAINT PAUL POLICE DEPARTMENT
## INTERNAL AFFAIRS UNIT

### Officer Complaint Summary Report (Private Data)



## Complaint Summary for: LYNETTE MARIE CHERRY

| | | | | | |
|---|---|---|---|---|---|
| IA Number: | **05-0411** | Case Number: | **05-075463** | Case Status: | **Completed** |
| Complaint Type: | **External** | Incident Date: | **04/19/2005** | Complainant: | **Smith, Thomas** |
| Assigned Date: | **04/26/2005** | | | | |
| Summary: | Information received from Bill Watercamp, SPPS, that Officers slapped a disorderly student 3X in the face. | | | | |

### Allegations

| Allegation | Final Disposition | Date | Discipline? | Comments |
|---|---|---|---|---|
| Excessive Force | Not Sustained | | None | |
| Improper Procedure | Exonerated | | None | |
| Poor Public Relations | Sustained | | Oral Reprimand | Oral Reprimand |

| | | | | | |
|---|---|---|---|---|---|
| IA Number: | **06-0616** | Case Number: | **06-008335** | Case Status: | **Completed** |
| Complaint Type: | **Internal** | Incident Date: | **01/14/2006** | Complainant: | **Smith, Thomas** |
| Assigned Date: | **06/22/2006** | | | | |
| Summary: | Ofc was driving and lost control of the car on a patch of ice in the parking lot. | | | | |

### Allegations

| Allegation | Final Disposition | Date | Discipline? | Comments |
|---|---|---|---|---|
| Improper Procedure | Sustained | | Oral Reprimand | Oral Reprimand |

| | | | | | |
|---|---|---|---|---|---|
| IA Number: | **07-1107** | Case Number: | **07-193796** | Case Status: | **Completed** |
| Complaint Type: | **External** | Incident Date: | **09/26/2007** | Complainant: | **Fairbanks, Jonathan** |
| Assigned Date: | **10/04/2007** | | | | |
| Summary: | Comp states that female officers entered his house without a warrant and threw open his bathroom door, which hit him in the head. He said that officer claimed to have chased him in there, but that he was using the bathroom and was not chased by anyone. | | | | |

### Allegations

| Allegation | Final Disposition | Date | Discipline? | Comments |
|---|---|---|---|---|
| Improper Procedure | Exonerated | | None | |

| | | | | | |
|---|---|---|---|---|---|
| IA Number: | **17-1110** | Case Number: | **17-230777** | Case Status: | **Completed** |
| Complaint Type: | **Internal** | Incident Date: | **09/29/2017** | Complainant: | **Deputy Chief Matthew Toupal** |
| Assigned Date: | **11/16/2017** | | | | |
| Summary: | Preventable accident | | | | |

### Allegations

| Allegation | Final Disposition | Date | Discipline? | Comments |
|---|---|---|---|---|
| Preventable Accident | Sustained | 11/16/2017 | Oral Reprimand | |

CONFIDENTIAL

**STP 00360**




# SAINT PAUL POLICE DEPARTMENT
# INTERNAL AFFAIRS UNIT

## Officer Complaint Summary Report (Private Data)

| Complaint Summary for: LYNETTE MARIE CHERRY |
|---|

| IA Number: | **22-0209** | Case Number: | **21-233660** | Case Status: | **Completed** |
|---|---|---|---|---|---|
| Complaint Type: | **Internal** | Incident Date: | **11/09/2021** | Complainant: | **Deputy Chief Stacy Murphy** |
| Assigned Date: | **02/09/2022** | | | | |
| Summary: | Preventable accident | | | | |

| Allegations | | | | |
|---|---|---|---|---|
| Allegation | Final Disposition | Date | Discipline? | Comments |
| Preventable Accident | Sustained | 2/9/2022 | Oral Reprimand | |

Printed: 5/6/2022 1:17:56 PM [by: Drake, Lisa (CI-StPaul) (Chiefs Office/Internal A]