UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Elgersma,
          Plaintiff,

vs.

City of St. Paul, et al.,
          Defendants.

Case No. 21-cv-1792 (KMM/DJF)

**EXHIBIT LIST**

| PRESIDING JUDGE<br>Kate M. Menendez | | | PLAINTIFF'S ATTORNEY<br>Tim Phillips | | DEFENDANTS' ATTORNEY<br>Anthony Edwards |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>September 11-12, 2023 | | | COURT REPORTER<br>Erin Drost | | COURTROOM DEPUTY<br>Kathy Thobe |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| P-1 | | 9/11/23 | √ | √ | Plaintiff's Residential Lease dated Sep. 1, 2018 |
| P-2 | | 9/11/23 | √ | √ | Body-worn camera footage recorded by Defendant Lynette Cherry on July 11, 2019 |
| P-3 | | 9/11/23 | √ | √ | Body-worn camera footage recorded by Defendant Heather Weyker on July 11, 2019 |
| P-4 | | 9/11/23 | √ | √ | Body-worn camera footage recorded by Defendant Christopher Hansen on July 11, 2019 |
| P-5 | | 9/11/23 | √ | √ | Text messages sent by Defendant Heather Weyker to Defendant Lynette Cherry related to the entry into Plaintiff's apartment on July 11, 2019 |