# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| David Elgersma, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 21cv1792 (KMM/DJF) |
| City of St. Paul, et al., | |
| Defendant(s). | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The issues have been tried and a decision has been rendered. The jury awarded compensatory damages in the amount of $1,000 and punitive damages in the amount of $28,500 to Plaintiff.

Date: 9/15/2023                                                                  KATE M. FOGARTY, CLERK

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge