

<u>Via ECF</u>

October 26, 2023

The Honorable Kate M. Menendez
United States District Court
316 N. Robert Street
St. Paul, MN 55101

Re:   David Elgersma v. City of St. Paul, et al., Case No. 21-cv-1792 (KMM/DJF)

Judge Menendez:

We write to notify the Court that this case has settled, though the settlement is contingent on approval by the St. Paul City Council and the Mayor. Once the settlement has been approved by the City Council and Mayor, the parties will prepare and file a stipulation for dismissal.

Dated: October 26, 2023        s/*Tim Phillips*
                               Tim Phillips (#390907)
                               Law Office of Tim Phillips
                               331 Second Avenue South, Suite 400
                               TriTech Center
                               Minneapolis, Minnesota 55401
                               Phone: (612) 470-7179
                               Email: tim@timphillipslaw.com

                               Attorney for Plaintiff


Dated: October 26, 2023        s/*Anthony G. Edwards*
                               Anthony G. Edwards (#342555)
                               St. Paul City Attorney's Office
                               750 City Hall and Court House
                               15 West Kellogg Blvd.
                               St. Paul, MN 55102
                               (651) 266-8758
                               anthony.edwards@ci.stpaul.mn.us

                               Attorney for Defendants